No. 87–6096.  KYLES *v.* LOUISIANA.  Sup. Ct. La.; and

No. 87–6602.  GATES *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.  Reported below: No. 87–6096, 513 So. 2d 265; No. 87–6602, 43 Cal. 3d 1168, 743 P. 2d 301.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 87–1471.  FRANKLIN *v.* OFFICE OF PERSONNEL MANAGEMENT, 485 U. S. 984;

No. 87–6113.  BOOKER *v.* MISSISSIPPI, 485 U. S. 982;

No. 87–6195.  CAZARES *v.* REFUGIA SANDOVAL, 485 U. S. 908; and

No. 87–6532.  FIELDS *v.* HARRISON ET AL., 485 U. S. 1013.  Petitions for rehearing denied.

No. 87–6274.  LOFTIS *v.* LEEKE, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., 485 U. S. 966.  Motion for leave to file petition for rehearing denied.

No. 87–6525.  CORDEIRO *v.* CONNER ET AL., 485 U. S. 1013.  Petition for rehearing denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

MAY 24, 1988

No. 87–1664.  STREAM ET AL. *v.* AUSTER OIL & GAS, INC.  C. A. 5th Cir.  Certiorari dismissed under this Court's Rule 53.

MAY 31, 1988

No. 85–1429.  AMERICAN GENERAL LIFE & ACCIDENT INSURANCE CO. *v.* MILLER ET VIR.  Appeal from Sup. Ct. Miss. dismissed for want of substantial federal question.  JUSTICE O'CONNOR, JUSTICE SCALIA, and JUSTICE KENNEDY would dismiss the appeal with respect to Question 1 for want of a substantial federal